Russell G. Petti, State Bar No. 137160
**THE LAW OFFICES OF RUSSELL G. PETTI**
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email:  Rpetti@petti-legal.com

Counsel for Plaintiff Jocelyn Masako Higa

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN MASAKO HIGA, | Case No. 2:22-5108-JLS-AFM |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| UNIVERSITY OF SOUTHERN CALIFORNIA, and UNIVERSITY OF SOUTHERN CALIFORNIA LONG TERM DISABILITY PLAN, | |
| Defendants. | |

Notice is hereby provided to the Court that the parties have reached a complete settlement of this matter.  The parties request that the pending dates be taken off calendar and that they be given 60 days to finalize the settlement paperwork and submit a stipulation for dismissal.

DATED: August 29, 2023      Law Offices of Russell G. Petti


BY   S/*Russell G. Petti*
      Russell G. Petti
      Attorney for Plaintiff
      Jocelyn Higa

1