# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN MASAKO HIGA,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA LONG-TERM DISABILITY (LTD) INCOME PLAN; UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>Defendants. | **CASE NO.: 2:22-cv-05108-JLS-AFM**<br><br>**ORDER CONTINUING TIME FOR DISMISSAL (Doc. 26)** |

Based on the Stipulation to Continue Time for Dismissal (Doc. 26) and for good cause shown**, IT IS HEREBY ORDERED** that the time within which the Parties may file a stipulation for dismissal is continued to December 8, 2023.

**IT IS SO ORDERED.**

DATED: November 30, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1