

**FILED**
CLERK, U.S. DISTRICT COURT

**12/6/2023**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ gga _____ DEPUTY

# DENIED
## BY ORDER OF THE COURT

The parties stipulate to dismiss this action, but request that the Court retain jurisdiction to enforce the settlement agreement.  However, the parties have not provided the Court with a copy of the agreement, and the Court declines to retain jurisdiction to enforce an agreement it has not reviewed.  Accordingly, the stipulation to dismiss is DENIED WITHOUT PREJUDICE to refiling a stipulation that either foregoes the request to retain jurisdiction or accompanies a copy of the settlement agreement, which the parties are authorized to file under seal.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOCELYN MASAKO HIGA,<br><br>     Plaintiff,<br><br>  vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA LONG-TERM DISABILITY (LTD) INCOME PLAN; UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>     Defendants. | **CASE NO.:  2:22-cv-05108-JLS-AFM**<br><br>**[PROPOSED] ORDER DISMISSING CASE** |

     **BASED ON THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that this action be dismissed with prejudice as to all parties and claims, with each party to bear her or its own costs and fees.  Pursuant to the request by the Parties, this Court will retain jurisdiction over this matter to enforce the Parties' settlement agreement.

**It is So Ordered**

Date:  December __, 2023

_____
The Honorable Josephine L Staton
United States District Judge