Russell G. Petti, State Bar No. 137160
**THE LAW OFFICES OF RUSSELL G. PETTI**
466 Foothill Blvd., # 389
La Canada, California 91011
818 802-2484Telephone
Email:  Rpetti@petti-legal.com

Counsel for Plaintiff Jocelyn Masako Higa

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN MASAKO HIGA,<br><br>        Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, and UNIVERSITY OF SOUTHERN CALIFORNIA LONG TERM DISABILITY PLAN,<br><br>        Defendants. | Case No. 2:22-5108-JLS-AFM<br><br>**RENEWED STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[[Proposed] Order Concurrently Filed] |

**TO THE HONORABLE JOSEPHINE L. STATON AND HER COURTROOM DEPUTY:**

Plaintiff Jocelyn Higa and Defendants University of Southern California and University of Southern California Long Term Disability Plan, through their counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of the above-captioned action with prejudice as to all parties and claims, with each party to bear her or its own fees and costs.

///

///

///

///

///

1 | The Parties respectfully request the Court to retain jurisdiction over this
2 | matter in order to enforce the terms of their settlement agreement. The agreement
3 | is filed under seal at Docket Number 30 pursuant to this Court's Order of
4 | December 6, 2023 (Dkt. No. 143).

5 | **It is So Stipulated**

7 | DATED: December 14, 2023                DATED: December 14, 2023
8 | Law Offices of Russell G. Petti         ATTWOOD GREGG LLP

10 | BY    S/*Russell G. Petti*              By:    S/*Mark R. Attwood*
       Russell G. Petti                          Mark R. Attwood
       Attorney for Plaintiff Jocelyn Higa      Jessica C. Gregg
11 |                                            Attorneys for Defendants
                                                University of Southern California
12 |                                            Long-term Disability (Ltd) Income Plan
                                                and University of Southern California

15 | Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Russell Petti hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.