UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN MASAKO HIGA,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA LONG-TERM DISABILITY (LTD) INCOME PLAN; UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>Defendants. | CASE NO.: 2:22-cv-05108-JLS-AFM<br><br>[PROPOSED] ORDER DISMISSING CASE |

**BASED ON THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that this action be dismissed with prejudice as to all parties and claims, with each party to bear her or its own costs and fees. Pursuant to the request by the Parties, this Court will retain jurisdiction over this matter to enforce the Parties' settlement agreement.

**It is So Ordered**

Date: December __, 2023

_____
The Honorable Josephine L Staton
United States District Judge